■ In the Matter of the Arbitration between R. PAGNAN & F.LLI., Respondent, and FINAGRAIN, S.A. COMPAGNIE COMMERCIALE AGRICOLE ET FINANCIERE et al., Respondents. In the Matter of the Arbitration between R. PAGNAN & F.LLI., Respondent, and FRIBESCO S.A., et al., Appellants.—Order, Supreme Court, New York County, entered on October 8, 1976, unanimously affirmed on the opinion of Stecher, J. and the opinion of Stecher, J. in the companion proceeding of *Matter of Fribesco (Mitsui & Co.)*, order of said court entered on January 3, 1977, unanimously affirmed on the opinion of Stecher, J., dated October 6, 1976 and appeal from judgment of said court entered on November 8, 1976, dismissed as academic. Respondents Pagnan and Finagrain shall recover of appellant one bill of $40 costs and disbursements of these appeals. Concur—Murphy, P. J., Lupiano, Evans, Capozzoli and Markewich, JJ.

■ In the Matter of the Arbitration between FRIBESCO, S.A., Appellant, and MITSUI & Co. (U.S.A.), INC., Respondent.—Judgment, Supreme court, New York County, entered on November 9, 1976, unanimously affirmed on the opinion of Stecher, J., dated October 6, 1976; and the order of said court entered on November 9, 1976, unanimously affirmed on the opinion of Stecher, J. and on the opinion of Stecher, J. in the companion proceeding of *Matter of Pagnan & F.LLI. (Finagrain, S.A.)*. Respondent shall recover of appellant one bill of $40 costs and disbursements of these appeals. Concur—Murphy, P. J., Lupiano, Evans, Capozzoli and Markewich, JJ.

■ In the Matter of Arbitration between OTELLO MANTOVANI, Appellant, and TRADAX OVERSEAS, S.A., Respondent.—Order, Supreme Court, New York County, entered on November 8, 1976, unanimously affirmed on the

opinions of Stecher, J., in the companion cases of *Matter of Fribesco (Mitsui & Co.)* and *Matter of Pagnan & F.LLI. (Finagrain, S.A.),* and judgment of said court entered on November 22, 1976, unanimously affirmed on the opinion of Stecher, J. in *Matter of Pagnan & F.LLI. (Finagrain, S.A.).* Respondent shall recover of appellant $40 costs and disbursements of these appeals. Concur—Murphy, P. J., Lupiano, Evans, Capozzoli and Markewich, JJ.